Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–27756–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Thomas Van Arsdale Jr.
　114 Serene Way–Homestead Run
　Toms River, NJ 08755

Social Security No.:
　xxx–xx–9152

Employer's Tax I.D. No.:

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 15, 2017</u>　　　　　　　　<u>Christine M. Gravelle</u>
　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court